ERIC GRANT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD WILLIAMS,<br><br>Defendant. | CASE NO. 2:25-CR-00113-DJC<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: December 18, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for September 18, 2025.

2. In light of the fact that the investigation underpinning the case is ongoing, the parties respectfully request that the judgment and sentencing in this matter be continued to December 18, 2025, at 9:00am. The PSR schedule would be:

| | |
|---|---|
| Judgment and Sentencing Date: | December 18, 2025 |
| Reply, or Statement of Non-Opposition: | December 11, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 4, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 27, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 20, 2025 |

IT IS SO STIPULATED.

Dated:  August 18, 2025                ERIC GRANT
                                       United States Attorney


                                       /s/ DENISE N. YASINOW
                                       DENISE N. YASINOW
                                       Assistant U.S. Attorney


Dated:  August 18, 2025                /s/ PATRICK HANLY
                                       PATRICK HANLY
                                       Counsel for Defendant
                                       EDWARD WILLIAMS

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED this 19th day of August, 2025.

                                      /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE