1  ERIC GRANT
   United States Attorney
2  NICHOLAS M. FOGG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:25-CR-00113-DJC

12 |                 Plaintiff,       | STIPULATION AND ORDER TO CONTINUE
                                      | JUDGMENT AND SENTENCING
13 |          v.                      |
                                      | DATE: December 11, 2025
14 | EDWARD WILLIAMS,                 | TIME: 9:00 a.m.
                                      | COURT: Hon. Daniel J. Calabretta
15 |                 Defendant.       |

16

17      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19      1.   Sentencing is currently set for December 18, 2025.

20      2.   In light of the fact that the investigation underpinning the case is ongoing, the parties

21 respectfully request that the judgment and sentencing in this matter be continued to June 25, 2026 at

22 9:00 am. The PSR schedule would be:

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

| | |
|---|---|
| Judgment and Sentencing Date: | June 25, 2026 |
| Reply, or Statement of Non-Opposition: | June 18, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than | June 11, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 4, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 28, 2026 |

**IT IS SO STIPULATED**.


Dated:  November 14, 2025             ERIC GRANT
                                      United States Attorney


                                      /s/ NICHOLAS M. FOGG
                                      NICHOLAS M. FOGG
                                      Assistant U.S. Attorney


Dated:  November 14, 2025             /s/ PATRICK HANLY
                                      PATRICK HANLY
                                      Counsel for Defendant
                                      EDWARD WILLIAMS

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED this 14th day of November, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE