ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>           v.<br><br>EDWARD WILLIAMS,<br><br>                         Defendant. | CASE NO.  2:25-CR-00113-DJC<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: June 25, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Sentencing is currently set for June 25, 2026.

2.      In light of the fact that the investigation underpinning the case is ongoing, the parties respectfully request that the judgment and sentencing in this matter be continued to January 28, 2027, at 9:00 am.  Probation has been informed of the request and does not oppose the new schedule. The new PSR schedule would be:

| | |
|---|---|
| Judgment and Sentencing Date: | January 28, 2027 |
| Reply, or Statement of Non-Opposition: | January 21, 2027 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 14, 2027 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 7, 2027 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 31, 2026 |
| Draft Presentence Report was submitted on: | August 7, 2025 |

**IT IS SO STIPULATED**.

Dated:  June 4, 2026                          ERIC GRANT
                                              United States Attorney


                                              /s/ NICHOLAS M. FOGG
                                              NICHOLAS M. FOGG
                                              Assistant U.S. Attorney


Dated:  June 4, 2026                          /s/ PATRICK HANLY
                                              PATRICK HANLY
                                              Counsel for Defendant
                                              EDWARD WILLIAMS

STIPULATION AND ORDER TO CONTINUE JUDGMENT
AND SENTENCING 01/28/2027

2

# **ORDER**

**IT IS HEREBY ORDERED**, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED** this 4th day of June 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE